```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**MICHAEL DARNELL OLIVER,**         *
**AIS #207467,**                    *
                                    *
    **Plaintiff,**              *
                                    *
vs.                                 * CIVIL ACTION NO. 11-00520-KD-B
                                    *
**JOHNNY L. JOHNSON,** *et al.,*    *
                                    *
    **Defendants.**             *

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Order of Injunction "Memorandum of Law" (Doc. 16) is **DENIED as moot**.

DONE this 13th day of July, 2012.

                                <u>s/ Kristi K. DuBose</u>
                                **KRISTI K. DuBOSE**
                                **UNITED STATE DISTRICT JUDGE**