IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DARNELL OLIVER, | * |
| AIS #207467, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 11-00520-KD-B |
| | * |
| JOHNNY L. JOHNSON, *et al.*, | * |
| | * |
| Defendants. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Order of Injunction "Memorandum of Law" (Doc. 16) is **DENIED as moot**.

DONE this 13th day of July, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATE DISTRICT JUDGE