```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

MICHAEL DARNELL OLIVER,          *
AIS #207467,                     *
                                 *
    Plaintiff,                  *
                                 *
vs.                              * CIVIL ACTION NO. 11-00520-KD-B
                                 *
JOHNNY L. JOHNSON, *et al.*,     *
                                 *
    Defendants.                 *

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Order of Injunction "Memorandum of Law" (Doc. 16) is **DENIED as moot**.

DONE this 13th day of July, 2012.

                                              **s/ Kristi K. DuBose**
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATE DISTRICT JUDGE**