IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DARNELL OLIVER,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   CIVIL ACTION NO. 11-00520-KD-B |
| | * |
| **JOHNNY L. JOHNSON,** *et al.*, | * |
| | * |
| | * |
| **Defendants.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation (doc. 109) to which objection (doc. 111) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** with prejudice and that judgment shall be entered in favor of Defendants Joel Broadhead, Ernest Stanton, Anthony Gipson, Christopher Kimbrel, Kenneth Tyus, and Charles Andrews, and against Plaintiff Michael Darnell Oliver.

**DONE** this 16th day of March 2015.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**